

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00533-CV

Kenneth W. **ARTHUR**, et al.,
Appellants

v.

**UVALDE COUNTY APPRAISAL DISTRICT** and Alberto Mireles, Chief Appraiser,
Appellees

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2012-04-28619-TX
Honorable Watt Murrah, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, we REVERSE the trial court's judgment in which it sustains UCAD'S plea to the jurisdiction and grants UCAD's no evidence motion for summary judgment and RENDER judgment denying these motions.

We overrule the Arthurs' third issue, and thus, AFFIRM the trial court's judgment denying the Arthurs' motion for summary judgment. We REMAND the case for further proceedings in accordance with this opinion.

Costs are assessed against the party who incurred them.

SIGNED May 20, 2015.

_____
Jason Pulliam, Justice